**MANDATE**
# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

WILLIAM RONCAIOLI AND
ANNE RONCAIOLI,

    Plaintiffs-Appellants,

v.

INVESTEC ERNST & COMPANY,
ROYCE INVESTMENT GROUP, INC.
and JOSEPH RUDY,

    Defendants-Appellees.

United States Court of Appeals
for the Second Circuit
Docket No.: 04-3322-CV

United States District Court
for the District of Connecticut
Case No.: 02-CV-2113



FILED NOV 15 2004 — UNITED STATES COURT OF APPEALS SECOND CIRCUIT

FILED 2005 FEB 14 P 3: 21 U.S. DISTRICT COURT NEW HAVEN, CT

## STIPULATION WITHDRAWING APPEAL FROM ACTIVE CONSIDERATION, WITHOUT PREJUDICE, WITH LEAVE TO REACTIVATE

The undersigned counsel hereby stipulate that the above-captioned appeal is hereby withdrawn from active consideration before the Court. Such withdrawal shall be **without prejudice** to a reactivation of the appeal by plaintiffs-appellants' counsel so notifying this Court by filing written notice of reactivation with the Clerk of the Court on or before: **January 28, 2005**.

If not thus reactivated, the appeal shall be deemed withdrawn with prejudice and without costs or attorneys' fees incurred to date. *See Hertzner v. Henderson*, 292 F.3d 302 (2d Cir. 2002).

CERTIFIED: 2/8/05

Withdrawal of the appeal from active consideration shall not operate as a dismissal of the appeal under Rule 42(b) of the Federal Rules of Appellate Procedure.

Dated: New York, New York
October 26 2004

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
Edward J. Boyle (4515)
Attorneys for Defendants-Appellees
150 East 42nd Street
New York, New York 10017-5639
(212) 490-3000

GERSTEN & CLIFFORD

By: _____
Eliot B. Gersten, Esq. (cro5321)
Attorneys for Plaintiffs-Appellants
214 Main Street
Hartford, Connecticut 06106
(860) 527-7044

SO ORDERED:

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel

Nov. 15, 2004

**A TRUE COPY**
Roseann B. MacKechnie, **CLERK**

by _____
DEPUTY CLERK

2

1736722.1